# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

June 7, 2024

Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

*United States v. Emmanuel Torres*
24 Mag. 1724

Dear Magistrate Judge Aaron:

      We represent Emmanuel Torres pursuant to the Criminal Justice Act. He is out on bail and his travel is currently restricted to the Eastern and Southern Districts of New York except for travel for work as approved by pretrial services. We write to respectfully request a temporary modification to his bail conditions to allow him to travel to Meriden, Connecticut to visit his brother from Friday June 14th to Wednesday June 19th. Mr. Torres' father, who is the co-signer of his bond, will be travelling with him. Mr. Torres had been given permission previously to visit his brother, and that trip occurred without incident. We have reached out to both pretrial services and the Government to discuss this request, and neither has any objection.

      Respectfully submitted,

*Sarah M. Sacks*

Request GRANTED. SO ORDERED.
Dated: 6/7/2024

*Stewart D. Aaron*