# EPSTEIN SACKS PLLC

## ATTORNEYS AT LAW
## 100 LAFAYETTE STREET - SUITE 502
## NEW YORK, N.Y. 10013
## (212) 684-1230
## Fax (212) 571-5507

**BENNETT M. EPSTEIN: (917) 653-7116**
**SARAH M. SACKS: (917) 566-6196**

October 15, 2024

Hon. Carol Bagley Amon
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Filed on ECF

Re: *United States v. Caner Otar*
24 Cr. 363 (CBA)

Dear Judge Amon:

    We represent Caner Otar pursuant to the Criminal Justice Act. He was released on a bond and his travel is restricted to New York City and Long Island. We write to seek a temporary change to his current bail conditions that would allow him to travel to the District of Massachusetts for the day this Saturday, October 19, 2024. Sadly, a close friend of his passed away and he would like to go to Boston to attend the funeral scheduled for that date.

    We have discussed this request with both Pretrial Services and the Government, neither of whom have any objection to this request.

Respectfully submitted,

*Sarah M. Sacks*