# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

December 6, 2024

Hon. Colleen McMahon
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Filed on ECF

<u>United States v. Emmanuel Torres</u>
24 Cr. 474

Dear Judge McMahon:

      We represent Emmanuel Torres pursuant to the Criminal Justice Act. He is out on bail and his travel is currently restricted to the Eastern and Southern Districts of New York. We write to respectfully request a temporary modification to his bail conditions to allow him to travel to Chicago, Illinois on December 12, 2024 for a job interview. He plans to travel there and back on the same day and will provide details of his travel plans to pretrial services. We have reached out to both pretrial services and the Government to discuss this request, and neither has any objection.

                                          Respectfully submitted,

                                          Sarah M. Sacks