# Emmanuel Torres - 022988 - CubeSmart, L.P.

## Emmanuel Torres - Overall Comments

**Janette A Vazquez**, Manager

Emmanuel joined CubeSmart in October 2024 and has been with us for 3 months now. In the short time we have worked together Emmanuel has quickly proven himself to be a reliable Store Manager who has been flexible to the business needs, and takes accountability for store responsibilities. He has played a key role in supporting our district by providing coverage at multiple stores and has been flexible with his schedule when necessary. Emmanuel is a true professional who recognizes the value of customer service and consistently provides our customers with genuine care. This has resulted in no escalated cases from Emmanuel at his store, as he works to resolve all customer concerns swiftly, collaborating with his district leaders when necessary. He leads by example, completing daily tasks promptly, maintaining and upholding store standards, and strives for improved success alongside his team. Emmanuel's store encountered some property challenges towards the end of the year, which required additional follow-ups with ownership, their respective vendors, his GM and DM. Emmanuel communicated effectively with multiple stakeholders and remained aware of pending issues during each store visit. This proactive approach made a positive impression on the store's ownership group, Storage Deluxe, who have expressed confidence in his ability to help manage their property. His positive, can-do attitude has contributed to creating an engaging and enjoyable work environment for both him and his teammates. As we move into the new year with Emmanuel's expressed interest in the GM role, I'd like him to continue working closely with our district leaders on his development, gaining a high-level understanding of our business, building the comfort and confidence to manage additional responsibilities. Emmanuel, your hard work and dedication have been impactful, and it's been a pleasure to have you on my team this year. Thank you for your efforts since joining our team, I look forward to helping you achieve your goals and become even more successful in 2025.

---

**Emmanuel Torres**, Employee

No comments are available.

---

# Emmanuel Torres - 022988 - CubeSmart, L.P.

## Emmanuel Torres - Competencies

1. **Store Teammate Expectations**                                              **Competency Weight:** 100%

   Teammate is reliable and adheres to all time and attendance policies in a consistent manner, performs all job-related activities correctly and at expected level of position (this includes, but it not limited to, keeping the property clean, demonstrating proper money handling, administrating all work in HIVE, and successfully converting reservations), demonstrates initiative and follows through on commitments, anticipates and understands the customers' needs, and works cooperatively with others in a positive, respectful, and professional manner to build relationships and achieve common objectives.

   Show details...

   Notes

   *No comments are available.*

   **Janette A. Vazquez**, Manager

   Meets Expectations