# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

June 25, 2025

Hon. Colleen McMahon
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Filed on ECF

*United States v. Emmanuel Torres*
24 Cr. 474

Dear Judge McMahon:

     We represent Emmanuel Torres pursuant to the Criminal Justice Act. On March 5, 2025, Your Honor sentenced him to three months imprisonment to be followed by one year of post release supervision. He is scheduled to be released from prison on July 23, 2025. As a condition of his pretrial release, Mr. Torres turned over his passport to pretrial services. We write to respectfully request that the Court direct pretrial services to return our client's passport to either undersigned counsel or Mr. Torres' father, Jose Torres.

.                                                     Respectfully submitted,